# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHEASTERN DIVISION

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | **DETENTION ORDER** |
| v. ) | |
| ) | |
| Rani Joy Howard, ) | |
| ) | Case No. 2:05-cr-055 |
| Defendant. ) | |

_____

On July 20, 2007, the Defendant made her initial appearance on a petition for revocation of supervised release. Attorney Paul Emerson appeared on the Government's behalf and moved for detention. Assistant Federal Public Defender Orell Schmitz was appointed as defense counsel and appeared on the Defendant's behalf.

The Defendant waived her right to a preliminary hearing. In addition, she waived her right to a detention hearing with the understanding that her revocation hearing would be scheduled within the week. The court finds that the Defendant, having had an opportunity to consult with counsel, freely and voluntarily, and knowingly and intelligently waived her right to a detention hearing and consented to be detained pending final disposition of this matter. Further, based upon the Defendant's waiver of her right to a preliminary hearing, the court finds that there is probable cause to believe that the Defendant may have committed the violations alleged in the petition. Accordingly, the court **ORDERS** that the Defendant be bound over to the United States District Court to answer to the charges set forth in the Petition for Revocation of Supervised Release. <u>A revocation hearing has been scheduled for July 26, 2007, at 3:00 p.m. in Fargo, North Dakota, before Judge Erickson</u>.

In addition, the court **GRANTS** the Government's oral motion for detention and **FURTHER ORDERS** that the Defendant be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant shall be afforded a reasonable opportunity for private consultations with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

Dated this 20th day of July, 2007.

/s/ Charles S. Miller, Jr
Charles S. Miller, Jr.
United States Magistrate Judge